IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KENNETH L. INMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-095 |
| | ) | |
| SAM ZANDERS, Warden, Dodge State Prison, and TINA SANDERS, Deputy Warden of Care & Treatment, Dodge State Prison, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' Motion to Dismiss (doc. no. 20), **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this ___ day of March, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE