# United States District Court
## Southern District of Georgia

KENNETH L. INMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-095

SAM ZANDERS, Warden, Dodge State Prison, and TINA SANDERS, Deputy Warden of Care & Treatment, Dodge State Prison,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 6, 2017, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Defendants' motion to Dismiss is GRANTED, this case is Dismissed and stands CLOSED.

March 6, 2017  
*Date*

Scott L. Poff  
*Clerk*

*(By)* Deputy Clerk